**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**

FILED IN OPEN COURT

DATE: 3/22/19 @ 11:45

TAPE: FTR

TIME IN COURT: 20 minutes

MAGISTRATE JUDGE   CHRISTOPHER C. BLY

COURTROOM DEPUTY CLERK:   JAMES JARVIS

CASE NUMBER: 1:19-mj-231

DEFENDANT'S NAME: Porter Bingham

AUSA: Brian Pearce

DEFENDANT'S ATTY: Thomas Hawker

USPO / PTR: _____

( ) Retained   ( ) CJA   (✓) FDP   ( ) Waived

X   ARREST DATE   3/22/19

✓   Defendant informed of rights.

X   Initial appearance hearing held.

____   Interpreter sworn: _____

## COUNSEL

✓ ORDER appointing Federal Defender as counsel for defendant.

____ ORDER appointing _____ as counsel for defendant.

____ ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

✓ Defendant WAIVES identity hearing.   ✓ WAIVER FILED

____ Identity hearing HELD.   ____ Def is named def. in indictment/complaint; held for removal to other district.

____ Defendant WAIVES preliminary hearing in this district only.   ____ WAIVER FILED

____ Preliminary hearing HELD.   ____ Probable cause found; def. held to District Court for removal to other district

____ Commitment issued. Detention hearing to be held in charging district

## BOND/PRETRIAL DETENTION HEARING

____ Government motion for detention filed .   _____ @ _____

____ Pretrial hearing set for _____ @ _____   () In charging district.)

✓ Bond/Pretrial detention hearing held.

____ Government motion for detention ( ) GRANTED   ( ) DENIED

____ Pretrial detention ordered.   ____ Written order to follow.

✓ BOND set at $15,000   ✓ NON-SURETY   ____ SURETY

____ cash   ____ property   corporate surety ONLY

✓ SPECIAL CONDITIONS: passport to be surrendered by March 25th no firearms or ammunition in Defendant's house

✓ Defendant released.

____ Bond not executed.   Defendant to remain in Marshal's custody.

____ Motion   (____ verbal)   to reduce/revoke bond filed.

____ Motion to reduce/revoke bond   ____ GRANTED   ____ DENIED

____ See page 2

Defendant: _____    Case No.: _____

_____

**WITNESSES:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

**EXHIBITS:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

Original Exhibits    _____  RETAINED by the Court    _____  RETURNED to counsel